UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jessica Harris, on behalf of herself and others similarly situated,

        Plaintiff,

-against-

Unique Life, Inc. et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2022

1:21-cv-10830 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, and as stated on the record, it is hereby ORDERED, as follows:

1. The time for Plaintiff to properly serve the Summons and Complaint upon Defendants Rajah Gray and Madeline Martinez (the "Individual Defendants") is extended to July 8, 2022, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.[1] In addition, no later than July 8, 2022, Plaintiff shall file proof service.

2. No later than July 15, 2022, the parties shall file a joint letter stating the status of settlement negotiations and indicating whether the parties wish to be referred to mediation.

---

[1] Based upon the affidavits of service filed to the ECF docket (*see* ECF Nos. 10 & 11), personal service of the Summons and Complaint was not effected upon the Individual Defendants, pursuant to CPLR § 308(1). In addition, based upon the affidavits, although the Summons and Complaint may have been delivered to the actual place of business of one or both of the Individual Defendants, the Summons and Complaint were not mailed to the Individual Defendants, as required by CPLR § 308(2).

**SO ORDERED.**

Dated:   New York, New York
         June 1, 2022

                                                                                                         _____
                                                                                                          STEWART D. AARON
                                                                                                          United States Magistrate Judge