# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:       (212) 465-1188
                       cklee@leelitigation.com

October 26, 2022

**Via NYSCEF**:
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Harris v. Unique Life, Inc. et al.*
           Case No. 21-cv-10830

Dear Judge Aaron:

    We are counsel to Plaintiff and write, jointly with counsel to Defendants, to provide a status update regarding settlement following mediation. We are pleased to report that the parties have reached a settlement in principle and have negotiated a settlement agreement, which is currently out for signature.

    The parties respectfully request a one-week extension of the time, to November 2, 2022, to submit a status update to the Court, or, should the settlement agreement be signed by then, to file a stipulation of dismissal (as no fairness submission is required for this non-FLSA matter).

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF