UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIS,

Plaintiff,

-against-

UNIQUE LIFE, INC. ET AL,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11/3/2022_____

21-cv-10830 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

**thirty days.**

**SO ORDERED.**

Dated:      November 3, 2022
            New York, New York

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**